UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
J & J SPORTS PRODUCTIONS, INC.,

    Plaintiff,

-against-

TAQUERIA JUAREZ RESTAURANT,
INC. d/b/a TAQUERIA JUARES & DELI
GROCERY, INC. a/k/a TAQUERIA
JUAREZ and ERIKA FLORES FRANCO,

    Defendants.
-----------------------------------------------------------x

ORDER

17-CV-4158 (NG) (LB)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 0 2 2018 ★
BROOKLYN OFFICE

GERSHON, United States District Judge:

By Order dated December 14, 2017, the court referred to Magistrate Judge Lois Bloom plaintiff J & J Sports Production, Inc.'s motion for default judgment. On March 16, 2018, Judge Bloom issued a Report and Recommendation ("R&R") recommending that plaintiff's motion be granted with respect to defendant Taqueria Juarez Restaurant, Inc. ("Taqueria") and denied with respect to defendant Erika Flores Franco. Plaintiff has filed objections, which I have carefully reviewed.

I conclude that the objections are without merit and adopt Judge Bloom's R&R in its entirety. Plaintiff's motion for default judgment against Taqueria is GRANTED in the amount of $4,400. Plaintiff's motion for default judgment against Ms. Flores Franco is DENIED as the Complaint fails to state a claim against her. Plaintiff is granted leave to file an Amended Complaint as to Ms. Flores Franco on or before May 31, 2018. If plaintiff fails to do so, the claims against Ms. Flores Franco will be dismissed.

                                                SO ORDERED.

                                                /s/ Nina Gershon
                                                NINA GERSHON
                                                United States District Judge

Dated: May 2, 2018
       Brooklyn, New York